UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| CORI A. OLIVER, ET AL. | * | CIVIL ACTION NO. 13-0611 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| PERCILLA GAY STONE, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

**ORDER**

On July 9, 2013, the court instructed removing defendant to file 1) an amended notice of removal to establish diversity of citizenship, and 2) a memorandum, together with supporting documentation and/or affidavits, if appropriate, sufficient to establish that the requisite jurisdictional amount was in controversy at the time of removal. (July 9, 2013, Order [doc. # 10]). On July 12, 2013, defendant so complied. *See* Amend. Notice of Removal and Memo. [doc. #s 11 & 12].[1]

Upon review of defendant's submissions, in combination with the original notice of removal,[2] the court finds that removing defendant has met its burden to establish diversity jurisdiction. 28 U.S.C. § 1332.

THUS DONE AND SIGNED, at Monroe, Louisiana, this 22nd day of July 2013.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE

---

[1] Plaintiffs did not avail themselves of the opportunity to file a response. *See* July 9, 2013, Order.

[2] Removing defendant failed to allege Storey Trucking Company, Inc.'s principal place of business in its Amended Notice of Removal, but fortunately, so did so in its original notice of removal. (Notice of Removal, ¶ 8).